AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Daniel Faoro | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00289-ABJ |
| Jewish Voice for Peace, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jewish Voice for Peace, Inc.

Date: 03/24/2025

/s/ - Bina Ahmad
*Attorney's signature*

Bina Ahmad [S.B. #329387]
*Printed name and bar number*

Hadsell Stormer Renick & Dai LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
*Address*

bahmad@hadsellstormer.com
*E-mail address*

(626) 585-9600
*Telephone number*

(626) 577-7079
*FAX number*