AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Daniel Faoro ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00289-ABJ |
| Jewish Voice for Peace, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jewish Voice for Peace, Inc.                                                                                     .

Date:    04/08/2025                               /s/ Lynne Bernabei
                                                                *Attorney's signature*

                                                Lynne Bernabei, DC Bar 938936
                                                *Printed name and bar number*

                                                Bernabei & Kabat, PLLC
                                                1400 - 16th Street NW, Suite 500
                                                Washington DC 20036
                                                *Address*

                                                bernabei@bernabeipllc.com
                                                *E-mail address*

                                                (202) 745-1942
                                                *Telephone number*

                                                (202) 745-2627
                                                *FAX number*