UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FAORO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  25-CV-00289 |
| ) | |
| JEWISH VOICE FOR PEACE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to LCvR 83.6(a), the Clerk shall please enter the appearance of Mara Verheyden-Hilliard as counsel for the DEFENDANTS Party for Socialism and Liberation and Brian Becker.

April 21, 2025

Respectfully submitted,

/s/ *Mara Verheyden-Hilliard*
MARA VERHEYDEN-HILLIARD [450031]
mvh@justiceonline.org

PARNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-232-1180 x202
(Fax) 202-747-7747

*Counsel for Defendants Party for Socialism and Liberation and Brian Becker*