Bina Ahmad, Esq. [S.B. #329387] & [D.C. #502839]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: bahmad@hadsellstormer.com

Attorney for Defendant
JEWISH VOICE FOR PEACE, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FAORO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEWISH VOICE FOR PEACE, INC. D/B/A OCCUPATION FREE DC, DISSENTERS, PALESTINIAN YOUTH MOVEMENT A PROJECT OF WESPAC FOUNDATION, INC., WESPA FOUNDATION, INC., HARRIET'S WILDEST DREAMS, INC., DORNETHIA "NEE NEE" TAYLOR, PARTY OF SOCIALISM & LIBERATION, BRIAN BECKER, MARYLAND2PALESTINE, HANNAH SHRAIM, AND 23 JOHN AND JANE DOES<br><br>    Defendants. | Case No.: 1:25-cv-00289-ABJ<br><br>[Assigned to the Honorable Amy Berman Jackson]<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF DAN STORMER**<br><br>Complaint filed:    January 31, 2025 |

# MOTION FOR ADMISSION OF ATTORNEY, *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Defendant moves for the admission and appearance of attorney Dan Stormer *Pro Hac Vice* in the above-entitled action. This motion is supported by the Declaration of Dan Stormer, filed herewith. As set forth in Mr. Stormer's declaration, he is admitted and an active member in good standing the following courts and bars: the California Bar, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of California, U.S. District Court for the Northern District of California, Ninth Circuit Court of Appeals, Federal Circuit Court of Appeals, and the US Supreme Court, Tenth Circuit Court of Appeals. This motion is supported and signed by Bina Ahmad, an active and sponsoring member of the Bar of this Court.

Dated: April 23, 2025

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By:  /s/ Bina Ahmad
Bina Ahmad
DC Bar #502839
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: bahmad@hadsellstormer.com

Attorney for Defendant for JEWISH VOICE FOR PEACE, INC.

MTN FOR ADMISSION
PHV OF DAN STORMER

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Daniel Faoro )
_____ )
Plaintiff(s) )
)
vs. ) Case Number: 1:25-cv-00289-ABJ
)
Jewish Voice for Peace, Inc., et al. )
_____ )
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Dan Stormer

2. State bar membership number: 101967

3. Business address, telephone and fax numbers:
   128 N. Fair Oaks Ave., Pasadena, CA 91103, Tel: (626) 585-9600, Fax: (626) 577-7079

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See Attachment A.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  No

9. Do you have a pending application for admission into USDC for the District of Columbia?  No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 23, 2025

DATE                                    SIGNATURE OF ATTORNEY

2

# Attachment A

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| The State Bar of California | 12/01/1981 |
| United States District Court - Central District of California | 07/06/1984 |
| United States District Court - Eastern District of California | 03/08/1990 |
| United States District Court - Northern District of California | 11/10/1999 |
| United States Court of Appeals Ninth Circuit Court | 05/03/1978 |
| United States Court of Appeals Federal Circuit | 02/05/1986 |
| United States Supreme Court | 11/05/1979 |
| United States Court of Appeals Tenth Circuit | 01/01/1982 |
| Supreme Court of Colorado | 10/1974 (Inactive) |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

___Dan Stormer___, Bar No. ___101967___

was duly admitted to practice in this Court on ___07/06/1984___
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___04/14/2025___
Date

BRIAN D. KARTH
Clerk of Court

By ___[signature]___
Audree Sellarole, Deputy Clerk

G-52 (1/24)                    CERTIFICATE OF GOOD STANDING