UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FAORO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEWISH VOICE FOR PEACE, INC. D/B/A OCCUPATION FREE DC, DISSENTERS, PALESTINIAN YOUTH MOVEMENT A PROJECT OF WESPAC FOUNDATION, INC., WESPA FOUNDATION, INC., HARRIET'S WILDEST DREAMS, INC., DORNETHIA "NEE NEE" TAYLOR, PARTY OF SOCIALISM & LIBERATION, BRIAN BECKER, MARYLAND2PALESTINE, HANNAH SHRAIM, AND 23 JOHN AND JANE DOES<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00289-ABJ<br><br>[Assigned to the Honorable Amy Berman Jackson]<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAN STORMER**<br><br>Complaint filed:　　　January 31, 2025 |

## [PROPOSED] ORDER

The Motion of Dan Stormer to be allowed to appear in this matter as counsel *pro hac vice* on behalf of Defendant Jewish Voice for Peace, Inc. was filed on April 23, 2025. Having considered the application, and all other papers submitted and the records and files herein, and having determined that all conditions to admission as counsel *pro hac vice* as outlined have been satisfied.

IT IS HEREBY ORDERED that the application of Dan Stormer is granted and Dan Stormer may appear as counsel *pro hac vice* for Defendant Jewish Voice for Peace, Inc. in this action.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Amy Berman Jackson
　　　　　　　　　　　　　　　　　　　　　　　　Judge of the United States District of Columbia