### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FAORO,** | |
| Plaintiff, | No. 25-cv-00289-ABJ |
| v. | |
| **JEWISH VOICE FOR PEACE, INC.** d/b/a **OCCUPATION FREE DC, DISSENTERS, PALESTINIAN YOUTH MOVEMENT A PROJECT OF WESPAC FOUNDATION, INC., WESPAC FOUNDATION, INC., HARRIET'S WILDEST DREAMS, INC., DORNETHIA "NEE NEE" TAYLOR, PARTY OF SOCIALISM & LIBERATION, BRIAN BECKER, MARYLAND2PALESTINE, HANNAH SHRAIM, AND 23 JOHN AND JANE DOES** | **PLAINTIFF'S RESPONSE TO COURT ORDER OF APRIL 24, 2025** |
| Defendants. | |

Plaintiff Daniel Faoro files this response to the Court's Minute Order of April 24, 2025, ordering Plaintiff to submit to the Court an explanation of why the motion for extension of time (ECF 20) was filed ex parte.

The motion requests three forms of relief: (1) an extension of time to serve defendants Harriet's Wildest Dreams, Inc. and Dornethia "Nee Nee" Taylor, (2) leave to serve defendants Harriet's Wildest Dreams and Taylor by alternative means, and (3) an extension of time to file Plaintiff's motion for class certification.

Plaintiff filed the motion ex parte because, for the first two forms of relief, the request relates only to two defendants who have not been served and have not made an appearance. Plaintiff cannot serve these defendants with the motion because Plaintiff has been unable to serve them at all in this case, despite diligent efforts taken over the last nearly three months. These efforts are detailed in the motion and supporting declaration.

1

The third form of relief—extension of time to file Plaintiff's motion for class certification—relates to all defendants, including those who have made an appearance. The five defendants who have appeared in the case communicated that they do not oppose this request. Two defendants who have not yet appeared did not respond to Plaintiff's request for position. Plaintiff is unaware of whether defendant WESPAC Foundation, Inc. has retained counsel and was unable to request its position, as Plaintiff was only able to serve this defendant with the summons and complaint through the New York Secretary of State's Office. And, of course, Plaintiff could not communicate with defendants Harriet's Wildest Dreams or Taylor.

Plaintiff believed the "ex parte" designation was appropriate in this situation; however, Plaintiff now understands that the motion should have been filed without such designation. Accordingly, Plaintiff will file an amended motion without the designation forthwith.

Dated: April 25, 2025

Respectfully Submitted,

By:   /s/ Anna St. John
Anna St. John (DC Bar No. 983914)
Neville S. Hedley (DC Bar No. 458259)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (917) 327-2392
anna.stjohn@hlli.org
ned.hedley@hlli.org

*Attorneys for Plaintiff Daniel Faoro*

## Certificate of Service

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via CM/ECF, thus effectuating service on all counsel who are registered as electronic filers in this case.

Dated: April 25, 2025

/s/ *Anna St. John*
Anna St. John