IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FAORO,**<br><br>     Plaintiff,<br><br>v.<br><br>**JEWISH VOICE FOR PEACE, INC. D/B/A OCCUPATION FREE DC, DISSENTERS, PALESTINIAN YOUTH MOVEMENT A PROJECT OF WESPAC FOUNDATION, INC., WESPAC FOUNDATION, INC., HARRIET'S WILDEST DREAMS, INC., DORNETHIA "NEE NEE" TAYLOR, PARTY OF SOCIALISM & LIBERATION, BRIAN BECKER, MARYLAND2PALESTINE, HANNAH SHRAIM, AND 23 JOHN AND JANE DOES**<br><br>     Defendants. | No.  25-cv-00289-ABJ<br><br><br>**DECLARATION OF NEVILLE HEDLEY IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE OF PROCESS** |

I, Neville S. Hedley, declare as follows:

1. I have personal knowledge of the facts set forth herein and that the Exhibits to this Declaration are true and accurate copies of

2. My full legal name is Neville Spencer Hedley. I reside in North Carolina and my business address is Hamilton Lincoln Law Institute, 1629 K Street, NW, Suite 300, Washington, DC, 20006. My email address is ned.hedley@hlli.org.

**Defendants who have waived or been served**

3. On January 31, 2025, my law firm filed a complaint in this case and the Clerk of the Court issued twelve summonses for the respective defendants.

4. As of April 21, 2025, five of the twelve defendants had waived service of process and filed notices of appearances. Those six are: A Jewish Voice For Peace, Inc. (JVP); the Party of Socialism & Liberation (PS&L); Brian Becker; Dissenters; and Palestinian Youth Movement. ECF 6-7, 11, 13, and 14.

1

5.      A sixth defendant, WESPAC Foundation, Inc., is a New York non-profit corporation. According to the New York Secretary of State's Office (NYSOS), WESPAC permits electronic service of process on the Secretary of States as its agent. On March 26, 2025, I initiated and paid for electronic service of process on WESPAC via the NYSOS and attached a copy of the summons and complaint. On April 2, 2024 I received a confirmation email from the NYSOS that on March 26, 2025, the NYSOS had served electronically WESPAC. ECF 15.

6.      Two defendants were physically served on April 9, 2025 at the same time on the campus of the College of William & Mary. ECF 16 & 17. Defendant Hannah Shraim is a law school student at William & Mary Law School. She also held herself out as the co-chair of the defendant Maryland2Palestine, an unincorporated association. ECF 1, ¶¶ 23-24; ECF 1-1, ¶¶ 41-43.

**Efforts to serve defendants Harriet's Wildest Dreams and Dornethia Taylor**

7.      Defendant Harriet's Wildest Dreams, Inc. ("HWD") is a Maryland non-profit corporation and according to the Maryland.gov business search website, www.egov.maryland.gov/businessexpress/entity/search/business, and its address is 6378 Coventry Way, Suite 313, Clinton, Maryland, 20735.

8.      On information and belief, the address for HWD is a UPS store in Clinton, Maryland.

9.      On February 3, 2025, I mailed Priority Mail a Rule 4(d) waiver package to HWD at the Clinton, Maryland address listed in ¶ 7. The package included 2 copies of Form AO 399 waiver of service, a copy of the complaint, and a Form AO 398 stating the waiver needed to be returned in 30 days.

10.     On information and belief, defendant Dornethia Taylor is the Executive Director and co-founder of HWD. ECF 1 at ¶ 20. Taylor is also the registered agent for HWD and uses the same Clinton, Maryland address as registered agent.

11. Before filing the complaint, I used available online search tools through InfoTrack company OneLegal to do a search of Taylor and any possible residences for her in Washington, DC, as well as suburban Virginia and Maryland, but was unable to identify an address or residence for Taylor.

12. On February 1, 2025, I mailed priority mail a Rule 4(d) waiver package to Taylor to the Clinton, Maryland address listed in ¶ 7. The package included a copy of the complaint, 2 copies of Form AO 399 waiver, and a Form AO 398 stating the waiver needed to be returned in 30 days.

13. The U.S. Postal Service tracking system informed me by email that the Rule 4(d) waiver packages for HWD and Taylor were delivered to the Clinton, Maryland address on February 5, 2025. As of April 10, 2025, no waiver has been received from either HWD or Taylor.

14. On March 6, 2025, after expiration of the 30-day deadline, I engaged the OneLegal to serve both HWD and Taylor. Before engaging OneLegal, I visited HWD's website and noticed that it had changed its address on the website from the Clinton, Maryland address, to a new address: 3215 Martin Luther King, Avenue, SE, Washington, DC.

15. I directed OneLegal to attempt to serve both HWD and Taylor at the new Washington, DC address.

16. On March 17, 2025, OneLegal informed me that they had attempted to serve both Taylor and HWD at the Martin Luther King Avenue, Washington DC address, but were unsuccessful because nobody at the address knew HWD or Taylor. (Exhibit A).

17. I subsequently learned that the Martin Luther King Avenue address is the headquarters of a non-profit, the Congress Heights Community Training & Development Corp (CHCTDC).

18. On March 17, 2025, I called CHCTDC to inquire if anyone there had any knowledge of HWD or Taylor and ask why HWD was using the King Avenue address as the address on their website. I indicated that I was looking for any way to contact someone

associated with HWD or Taylor. The person I spoke with informed me that HWD may have been a project associated with CHCTDC for female community leaders, but that HWD may have just used the King Avenue address for convenience. The person took my name and number and indicated she would pass my name and number and inquiry to the Executive Director at CHCTDC.

19. On April 4, 2025, I again called CHCTDC and made a similar inquiry. The person I spoke to indicated that they would pass on my name and contact information. On April 7, 2025, a representative from CHCTDC returned my call and informed me that, contrary to the information provided to the OneLegal process server, HWD does have an office at the King Avenue address, but it is not regularly staffed. The CHCTDC representative provided me a phone number at which to contact a representative of HWD.

20. On April 7, 2025, I tasked OneLegal to attempt service of process at the Coventry Way address in Clinton, Maryland and asked that the process server inquire of the UPS Store Manager if there was a way to contact Taylor as the registered agent for HWD.

21. I also instructed OneLegal to call the number provided to me by CHCTDC for HWD prior to attempting service to inquire if a person there had knowledge of Dornethia Taylor or if someone associated with HWD would meet at the Clinton, Maryland UPS store and accept service.

22. On April 21, 2025, I received a report from OneLegal that a process server had attempted to serve HWD at the UPS store on five separate occasions but was unsuccessful. The process server called the phone number provided to me by CHCTDC associated with HWD, but nobody answered and voicemails were not returned. The UPS store manager informed the process server that the store could not accept service on behalf of HWD and that she could not provide information about Dornethia Taylor without a police report. (Exhibit B).

23. On April 22, 2025, I mailed certified Priority Mail to the Maryland State Department of Assessments and Taxation two copies of the complaint and supporting

declaration, two copies of the summons, and two copies of proof of two unsuccessful service attempts, along with payment of a $50 fee, to initiate service of HWD under Maryland Rule of Civil Procedure 3-124(o).

24. As of April 22, 2025, HWD's Instagram and X social media accounts are active and have been posting items related to protests and other community actions in the District. Some of these posts include pictures and videos of Taylor. Moreover, the HWD website is still active and includes an email address of info@harrietsdreams.org.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on April 23, 2025, in Charlotte, North Carolina.

Respectfully Submitted,

By: *N S Hedley*

Neville S. Hedley (DC Bar No. 485259)

5

**EXHIBIT A**

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:25-cv-289 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County:<br>n/a | Job:<br>12843815 (24861531) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>DANIEL FAORO | | Defendant / Respondent:<br>JEWISH VOICE FOR PEACE, INC, et al. | |
| Received by:<br>InfoTrack US, Inc. | | For:<br>Hamilton Lincoln Law Institute | |
| To be served upon:<br>Harriet's Wildest Dreams | | | |

**Recipient Name:** N/A (Non-Service)
**Recipient Address:** Home: 3215 Martin Luther King Jr Ave SE, Washington, DC 20032
**Manner of Service:** Bad Address
**Documents:** Complaint, Summons

**Diligence / Comments:**
1) Unsuccessful Attempt: Mar 17, 2025, 12:20 pm EDT at Home: 3215 Martin Luther King Jr Ave SE, Washington, DC 20032
Person who answered the door didn't know the business or person.

**Statement(s):**
I, Michael Neebe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was attempted, I was authorized by law to make service of the documents and informed said person of the contents herein.

_[signature]_                       03/18/2025

Michael Neebe                       Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

**AFFIDAVIT OF NON-SERVICE**

| Case:<br>1:25-cv-289 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County:<br>n/a | Job:<br>12881606 (24904692) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>DANIEL FAORO | | **Defendant / Respondent:**<br>JEWISH VOICE FOR PEACE, INC, et al. | |
| **Received by:**<br>InfoTrack US, Inc. | | **For:**<br>Hamilton Lincoln Law Institute | |
| **To be served upon:**<br>Dornethia "Nee Nee" Taylor | | | |

| | |
|---|---|
| **Recipient Name:** | N/A (Non-Service) |
| **Recipient Address:** | Home: 3215 Martin Luther King Jr Ave SE, Washington, DC 20032 |
| **Manner of Service:** | Bad Address |
| **Documents:** | Complaint, Summons |

**Diligence / Comments:**
1) Unsuccessful Attempt: Mar 17, 2025, 12:22 pm EDT at Home: 3215 Martin Luther King Jr Ave SE, Washington, DC 20032
Person who answered the door didn't know the business or person.

**Statement(s):**
I, Michael Neebe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was attempted, I was authorized by law to make service of the documents and informed said person of the contents herein.

_[signature]_                                  03/18/2025

Michael Neebe                            Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

**EXHIBIT B**

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:25-cv-00289-ABJ | Court:<br>Superior Court of the District of Columbia | County:<br>District of Columbia, DC | Job:<br>13049653 (25087672) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Daniel Faoro | | Defendant / Respondent:<br>Jewish Voice for Peace, Inc., et al. | |
| Received by:<br>InfoTrack US, Inc. | | For:<br>Hamilton Lincoln Law Institute | |
| To be served upon:<br>Harriet's Wildest Dreams | | | |

**Recipient Name:** N/A (Non-Service)
**Recipient Address:** Business: 6378 Coventry Way 313, Clinton, MD 20735
**Manner of Service:** Non-Service
**Documents:** Complaint, Summons

**Diligence / Comments:**
1) Unsuccessful Attempt: Apr 9, 2025, 8:17 pm EDT at Business: 6378 Coventry Way 313, Clinton, MD 20735
Store closed will try during business hours
2) Unsuccessful Attempt: Apr 10, 2025, 6:38 pm EDT at Business: 6378 Coventry Way 313, Clinton, MD 20735
Amber, a customer service representative, said her manager is out of office and she's not sure how to contact Ms. Taylor to serve her.
3) Unsuccessful Attempt: Apr 14, 2025, 6:15 pm EDT at Business: 6378 Coventry Way 313, Clinton, MD 20735
Called the business via provided phone number. There was no response. I then went to UPS store and spoke to the store associate who confirmed that the store manager would not be in until this Friday 4/18.
4) Unsuccessful Attempt: Apr 20, 2025, 1:40 pm EDT at Business: 6378 Coventry Way 313, Clinton, MD 20735
Called provided phone number yesterday, but there was no response. Left VM for Dornethia Taylor.
5) Unsuccessful Attempt: Apr 21, 2025, 9:50 am EDT at Business: 6378 Coventry Way 313, Clinton, MD 20735
Called the UPS store and Manager Antionette responded and said you can't serve a business or person through the UPS virtual office. They confirmed they wouldn't be able to accept service on behalf of Harriet's Wildest Dreams at UPS store. They also wouldn't be able to provide any other information about Dornethia Taylor without some kind of police report. Called provided phone number for business, but there was no response.

**Statement(s):**
I, Latoya Sims, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was attempted, I was authorized by law to make service of the documents and informed said person of the contents herein.

*[Signature: Latoya Sims]*                                    04/21/2025
Latoya Sims                                                    Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815