AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Daniel Faoro | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   25-cv-00289 |
| Jewish Voice for Peace, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jewish Voice for Peace     .

Date:     05/02/2025

*Attorney's signature*

Nora Snyder 6336790 (IL)
*Printed name and bar number*
1180 N. Milwaukee Ave.
Chicago, IL 60642

*Address*

norasnyder@peopleslawoffice.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*FAX number*