IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |
|---|---|
| DANIEL FAORO, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:25-cv-289-ABJ |
| JEWISH VOICE FOR PEACE, INC., et al., ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Attorney George R. A. Doumar's Motion as a member of the Bar of this Court for Admission *Pro Hac Vice* of Robert L. Herbst to appear on behalf of defendant WESPAC Foundation in the above-captioned case. Based on the materials provided, it is determined that all conditions for admission *pro hac vice* have been satisfied.

The motion is GRANTED, and Attorney Robert L. Herbst may appear as counsel *pro hac vice* for Defendant WESPAC Foundation in this action.

Dated: May __, 2025.

_____
The Honorable Amy Berman Jackson
United States District Judge
United States District Court for
the District of Columbia