UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DANIEL FAORO** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **JEWISH VOICE FOR PEACE,** ) <br> **INC., et al.** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No.: 25-CV-00289 (ABJ) |

### DEFENDANT DISSENTERS'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons stated in the accompanying memorandum of points and authorities, Defendant Dissenters moves to dismiss Plaintiff Daniel Faoro's ("Plaintiff") Verified Complaint ("Complaint") (ECF 1) with prejudice.

June 16, 2025

Respectfully submitted,

/s/ *Frank Panopoulos*
Frank Panopoulos, DC Bar No. 459365
26 Trailridge Ct.
Potomac, MD 20854
fpanopoulos@icloud.com
Tel: 301-956-4249

/s/ *Ann C. Wilcox*
Ann C. Wilcox, DC Bar No. 421908
13830 Tabiona Drive
Silver Spring, MD  20906
Ann1Wilcox@gmail.com
202-441-3265

*Counsel for Defendant Dissenters*