IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL FAORO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-289 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| JEWISH VOICE FOR PEACE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**WESPAC FOUNDATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

The undersigned, counsel of record for WESPAC Foundation, Inc. ("WESPAC"), pursuant to LCvR 26.1, certifies that, to the best of my knowledge and belief:

- there is no public or private parent companies, subsidiaries, affiliates or any other corporation or entity owning any of its stock;

- there are no persons, associations of persons, firms, partnerships, or corporations (including parent or affiliated corporations or entities) which have a pecuniary interest in the outcome of this case;

- WESPAC's fiscal sponsorship arrangement with defendant Palestinian Youth Movement ("PYM") (or any other entity, for that matter) thus has never been the kind of fiscal sponsorship arrangement which caused PYM to become an integrated part of WESPAC with no separate legal identity. *See* Compl. ¶ 14, 85.

These representations are made (in part) to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 16, 2025                HERBST LAW PLLC


                                     By: /s/ Robert L. Herbst
                                         Robert L. Herbst
                                     420 Lexington Avenue, Suite 300
                                     New York, New York 10170
                                     Tel: 914-450-8163
                                     rherbst@herbstlawny.com

                                     *Attorneys for Defendant*
                                     *WESPAC FOUNDATION, INC.*