IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL FAORO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-289 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| JEWISH VOICE FOR PEACE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PROPOSED ORDER**

Based on WESPAC Foundation Inc.'s Motion to Dismiss the Complaint, its Points and Authorities in support thereof, and the entire file in this case, it is hereby

ORDERED that Plaintiff's complaint is dismissed pursuant to Rule 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, with prejudice.

SO ORDERED

Dated: _____, 2025        _____
                                        Amy Berman Jackson, U.S.D.J.