# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FAORO, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25-cv-289 |
| ) | |
| v. ) | Hon. Amy Berman Jackson |
| ) | |
| JEWISH VOICE FOR PEACE, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DEFENDANT JEWISH VOICE FOR PEACE'S RULE 26.1 DISCLOSURE STATEMENT

Pursuant to D.D.C. Local R. 26.1, Defendant Jewish Voice for Peace ("JVP"), by and through its undersigned counsel, states as follows:

Defendant JVP states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: June 16, 2025

Respectfully submitted,

/s/ *Nora Snyder*
Nora Snyder [admitted pro hac vice]
Brad J. Thomson [admitted pro hac vice]
People's Law Office
1180 N. Milwaukee Ave
Chicago, IL 60642
773-235-0070
norasnyder@peopleslawoffice.com
brad@peopleslawoffice.com

/s/ *Hanna Chandoo*
Hanna Chandoo [admitted pro hac vice]
Dan Stormer [admitted pro hac vice]
Bina Ahmad [admitted pro hac vice]
Hadsell Stormer Renick & Dai, LLP

128 N Fair Oaks Ave
Pasadena, CA 91103
(626) 585-9600
hchandoo@hadsellstormer.com
dstormer@hadsellstormer.com
bahmad@hadsellstormer.com

/s/ *Lynne Bernabei*
Lynne Bernabei, D.C. Bar No. 938936
Alan R. Kabat, D.C. Bar No. 464258
Bernabei & Kabat, PLLC
1400 16th Street NW, Suite 500
Washington, DC 20036
(202)745-1942
bernabei@bernabeipllc.com
kabat@bernabeipllc.com

***Attorneys for Defendant Jewish Voice for Peace***