IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL FAORO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-289 |
| | ) | |
| v. | ) | Hon. Amy Berman Jackson |
| | ) | |
| JEWISH VOICE FOR PEACE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT JEWISH VOICE FOR PEACE AND PLAINTIFF'S JOINT MOTION TO CORRECT AGREED BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Defendant JVP and Plaintiff Faoro jointly move to correct the agreed briefing schedule on Defendants' pending motions to dismiss, and in support thereof states as follows:

1. On June 18, 2025, Defendant JVP and Plaintiff filed a joint motion for entry of an agreed briefing schedule on Defendants' pending motions to dismiss. Dkt. 53. The Court granted the motion and entered the proposed briefing schedule on June 20, 2025.

2. The joint motion unfortunately included a mistake as regards the briefing schedule that the parties negotiated. The motion requested a due date for Plaintiff's response of August 14. Dkt. 53. The correct date that the parties agreed to was July 30.

3. Counsel for Defendant JVP drafted the motion, takes responsibility for the error, and apologizes for the inconvenience.

WHEREFORE, Defendant JVP and Plaintiff jointly request that the Court correct the briefing schedule entered on June 20, 2025 to reflect that Plaintiff's response to Defendants' motions to dismiss will be due July 30, 2025.

1

Dated: June 24, 2025                               Respectfully submitted,

<div style="display:flex">

/s/ *Anna St. John*  
Anna St. John (DC Bar No. 983914)  
Neville S. Hedley (DC Bar No. 458259)  
(admitted but not yet sworn)  
HAMILTON LINCOLN LAW INSTITUTE  
1629 K Street NW, Suite 300  
Washington, DC 20006  
Telephone: (917) 327-2392  
anna.stjohn@hlli.org  
Telephone: (312) 342-6008  
ned.hedley@hlli.org  

**Attorneys for Plaintiff Daniel Faoro**

/s/ *Nora Snyder*  
Nora Snyder [admitted pro hac vice]  
Brad J. Thomson [admitted pro hac vice]  
People's Law Office  
1180 N. Milwaukee Ave  
Chicago, IL 60642  
773-235-0070  
norasnyder@peopleslawoffice.com  
brad@peopleslawoffice.com  

/s/ *Hanna Chandoo*  
Hanna Chandoo [admitted pro hac vice]  
Dan Stormer [admitted pro hac vice]  
Bina Ahmad [admitted pro hac vice]  
Hadsell Stormer Renick & Dai, LLP  
128 N Fair Oaks Ave  
Pasadena, CA 91103  
(626) 585-9600  
hchandoo@hadsellstormer.com  
dstormer@hadsellstormer.com  
bahmad@hadsellstormer.com  

/s/ *Lynne Bernabei*  
Lynne Bernabei, D.C. Bar No. 938936  
Alan R. Kabat, D.C. Bar No. 464258  
Bernabei & Kabat, PLLC  
1400 16th Street NW, Suite 500  
Washington, DC 20036  
(202)745-1942  
bernabei@bernabeipllc.com  
kabat@bernabeipllc.com  

**Attorneys for Defendant Jewish Voice for Peace**

</div>