# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Daniel Faoro | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00289 |
| Jewish Voice for Peace et al. | ) |
| *Defendants* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WESPAC Foundation, Inc.

Date: July 23, 2025

/s/ Joshua Colangelo-Bryan
*Attorney's signature*

Joshua Colangelo-Bryan *pro hac vice*
*Printed name and bar number*

Human Rights First
121 West 36th Street, PMB 520
New York, NY 10018
*Address*

colangeloj@humanrightsfirst.org
*E-mail address*

212-845-5243
*Telephone number*

*FAX number*