**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL FAORO,** | |
| Plaintiff, | No. 1:25-cv-289-ABJ |
| v. | ELECTRONICALLY FILED |
| **JEWISH VOICE FOR PEACE, INC., et al.,** | |
| Defendants. | |

**PLAINTIFF FAORO'S RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY**
**(ECF NOS. 59 AND 60)**

Plaintiff Daniel Faoro respectfully responds to the Notices of Supplemental Authority that defendants WESPAC Foundation, Inc., Party for Socialism and Liberation, and Brian Becker filed in support of their motions to dismiss regarding *Manhart v. Wespac Foundation, Inc.*, No. 24-CV-08209 (N.D. Ill. Aug. 7, 2025). Faoro strongly contends that *Manhart* is not relevant authority. Among the many reasons are that the case raises Illinois state-law tort claims and thus is not even persuasive authority for the District of Columbia tort claims raised in this case; the case has been appealed to the U.S. Court of Appeals for the Seventh Circuit; and the reasons the court provided for granting sanctions are not present in this case.

At this time Faoro does not know whether defendants will nevertheless rely on *Manhart* in their replies in support of their motions to dismiss and, if so, how they will

1

2

characterize the case and its relevance to their motions.  Rather than respond in piecemeal

to some defendants and have to file additional responses to other defendants who have not

yet raised this case, Faoro intends to ask for a short surreply restricted to this case after all

defendants have responded.

Dated:  August 19, 2025                           Respectfully submitted,


                                      By:   /s/ Anna St. John
                                            Anna St. John (DC Bar No. 983914)
                                            Neville S. Hedley (DC Bar No. 458259)
                                            (admitted but not yet sworn)
                                            HAMILTON LINCOLN LAW INSTITUTE
                                            1629 K Street NW, Suite 300
                                            Washington, DC 20006
                                            Telephone: (917) 327-2392
                                            anna.stjohn@hlli.org
                                            Telephone: (312) 342-6008
                                            ned.hedley@hlli.org

                                            *Attorneys for Plaintiff Daniel Faoro*

## Certificate of Service

I certify that on August 19, 2025, I served a copy of the above on all counsel of record by filing a copy via the ECF system.

Additionally, I served a copy of this motion and the accompanying documents on by first-class U.S. Mail to the following recipients:

> *Defendants Harriet's Wildest Dreams, Inc. and Dornethia "Nee Nee" Taylor*:
>
> Harriet's Wildest Dreams, Inc.
> Dornethia "Nee Nee" Taylor
> 6368 Coventry Way, Suite 313
> Clinton, MD 20735-2265
>
> Harriet's Wildest Dreams, Inc.
> Dornethia "Nee Nee" Taylor
> 3215 Martin Luther King, Ave., SE,
> Washington, DC 20032

Dated: August 19, 2025

*/s/ Anna St. John*
Anna St. John