IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FAORO,**<br><br>    Plaintiff,<br><br>  v.<br><br>**JEWISH VOICE FOR PEACE, INC., et al.,**<br><br>    Defendants. | No. 1:25-cv-289-ABJ<br><br>ELECTRONICALLY FILED |

**PLAINTIFF FAORO'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Daniel Faoro respectfully submits this Notice to provide the Court with briefs filed in *Manhart v. WESPAC Foundation, Inc.*, No. 25-2382 (7th Cir.). The appeal was filed by the plaintiff Christopher Manhart, from *Manhart v. WESPAC Foundation, Inc.*, No. 1:24-cv-8209 (N.D. Ill.), a case that defendants repeatedly referenced in their motions to dismiss and motions for sanctions and for which defendants Party for Socialism and Liberation, Brian Becker, and WESPAC Foundation, Inc. submitted notices of supplemental authority (ECF Nos. 59, 60).

Attached as Exhibit 1 is the Opening Brief of Appellant Christopher Manhart. Attached as Exhibit 2 is the amicus brief filed by the State of Iowa and 11 other states in support of Manhart. Attached as Exhibit 3 is the amicus brief filed by Manhattan Institute and Tal Fortgang in support of Manhart.

In Faoro's sur-reply in opposition to Defendants' motions to dismiss, he stated that "*Manhart* is largely inapposite because it is decided on Illinois state-law claims and is currently on appeal because many of the issues were wrongly decided." ECF 69 at 2. Faoro briefly explained why *Manhart* was inapposite and/or incorrect with respect to his claims for false imprisonment, public nuisance, and in the alternative for negligence or recklessness against WESPAC and irrelevant to defendants' relentless yet baseless quest to have him sanctioned. To the extent the Court wishes to review further argument as to why *Manhart* was incorrectly decided, Faoro provides the attached appeal briefs.

Dated: October 21, 2025                                     Respectfully submitted,

                                                By:  */s/ Anna St. John*
                                                     Anna St. John (DC Bar No. 983914)
                                                     HAMILTON LINCOLN LAW INSTITUTE
                                                     1629 K Street NW, Suite 300
                                                     Washington, DC 20006
                                                     Telephone: (917) 327-2392
                                                     anna.stjohn@hlli.org

                                                     *Attorneys for Plaintiff Daniel Faoro*