AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Daniel Faoro ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-0289-ABJ |
| Jewish Voice for Peace, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Faoro.

Date: 11/04/2025

/s/ Theodore H. Frank
*Attorney's signature*

Theodore H. Frank (DC Bar No. 450318)
*Printed name and bar number*

Hamilton Lincoln Law Institute
1629 K St. NW, Suite 300
Washington, DC 20006
*Address*

ted.frank@hlli.org
*E-mail address*

(703) 203-3848
*Telephone number*

*FAX number*