## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DANIEL FAORO,**

      Plaintiff,

      v.

**JEWISH VOICE FOR PEACE, INC., et al.,**

      Defendants.

No. 1:25-cv-289

ELECTRONICALLY FILED

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 83.6(b), Anna St. John respectfully gives notice of her withdrawal as counsel for Plaintiff Daniel Faoro. Other attorneys from Hamilton Lincoln Law Institute, including Theodore H. Frank, will continue to represent Mr. Faoro.

Ms. St. John entered an appearance in this case on January 31, 2025. On March 17, 2026, her nomination to the U.S. District Court for the Eastern District of Louisiana was confirmed. Accordingly, she is withdrawing from all client representations. Ms. St. John's withdrawal will not prejudice Mr. Faoro or any other party in this case. For these reasons, Ms. St. John requests an order from this Court permitting her to withdraw from this matter. Mr. Faoro's signed consent is attached to this Notice.

Notice of Withdrawal as Counsel
No. 1:25-cv-289                    1

March 19, 2026

<div style="margin-left: 45%;">

Respectfully submitted,

By:  /s/ *Anna St. John*

Anna St. John (DC Bar No. 983914)
Theodore H. Frank (DC Bar No. 450318)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (917) 327-2392
anna.stjohn@hlli.org
Telephone: (703) 203-3848
ted.frank@hlli.org

*Attorneys for Plaintiff Daniel Faoro*

</div>

I, Daniel Faoro, plaintiff in this case, consent to attorney Anna St. John's withdrawal as counsel in my case. I understand that other attorneys at Hamilton Lincoln Law Institute, including Theodore H. Frank, will continue to represent me in this case.

Executed on March 18, 2026

_____
Daniel Faoro

## Certificate of Service

I certify that on March 19, 2026 I served a copy of the above on all counsel of record by filing a copy via the ECF system.

Additionally, I served a copy of this motion and the accompanying documents on by first-class U.S. Mail to the following recipients:

*Defendants Harriet's Wildest Dreams, Inc.*
*and Dornethia "Nee Nee" Taylor*:

Harriet's Wildest Dreams, Inc.
Dornethia "Nee Nee" Taylor
6368 Coventry Way, Suite 313
Clinton, MD 20735-2265

Harriet's Wildest Dreams, Inc.
Dornethia "Nee Nee" Taylor
3215 Martin Luther King, Ave., SE,
Washington, DC 20032

*/s/ Anna St. John*
Anna St. John