**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL FAORO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 25-0289 (ABJ) |
| | ) |
| JEWISH VOICE FOR PEACE, INC. | ) |
| dba OCCUPATION FREE DC, et al., | ) |
| | ) |
|     Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion of Defendants Harriet's Wildest Dreams, Inc. and Dornethia Taylor to Adopt Co-Defendants' Motions to Dismiss and to Dismiss the Complaint, the Memorandum of Points and Authorities in support thereof, this Court's Memorandum Opinion and Order entered July 16, 2026 [Dkt. # 77], and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants Harriet's Wildest Dreams, Inc. and Dornethia Taylor are permitted to adopt and incorporate by reference the motions to dismiss, supporting memoranda, and reply briefs filed at Docket Numbers 46, 47, 49, 50, 52, and 55; and it is further

ORDERED that, for the reasons stated in the Court's Memorandum Opinion and Order entered July 16, 2026 [Dkt. # 77], the Complaint [Dkt. # 1] is DISMISSED with prejudice as to Defendants Harriet's Wildest Dreams, Inc. and Dornethia Taylor.

SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: _____

1