AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DANIEL FAORO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00289-ABJ |
| VOICE FOR PEACE, INC. dba OCCUPATION FREE I | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Harriet's Wildest Dreams, Inc. and Dornethia Taylor                    .

Date:    07/24/2026

/s/ Andrew O. Clarke
*Attorney's signature*

Andrew O. Clarke 1032649
*Printed name and bar number*

163 Waterfront Street, Suite 440
National Harbor, MD 20745

*Address*

aclarke@districtlegalgroup.com
*E-mail address*

(202) 780-9144
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|