UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FAORO,<br><br>Plaintiff,<br><br>v.<br><br>JEWISH VOICE FOR PEACE, INC.<br>dba OCCUPATION FREE DC, *et al.*,<br><br>Defendants. | Civil Action No. 25-0289 (ABJ) |

**ORDER**

Plaintiff Daniel Faoro brought this action against Jewish Voice for Peace, Inc. ("JVP"); Dissenters; Palestinian Youth Movement ("PYM"); WESPAC Foundation, Inc. ("WESPAC"); Harriet's Wildest Dreams, Inc.; Dornethia Taylor; Party of Socialism and Liberation ("PSL"); Brian Becker; Maryland2Palestine ("M2P"); Hannah Shraim; and twenty-three John and Jane Does. Compl. [Dkt. # 1]. He alleged that on February 1, 2024, defendants conspired to block traffic on multiple public roads and bridges into the District of Columbia "to show support for Palestine in the ongoing conflict between Israel and Palestine." Compl. ¶ 2. Plaintiff brought claims under public nuisance, false imprisonment, and negligence. Compl. ¶¶ 71–85.

On July 16, 2026, this Court granted motions to dismiss as to JVP, Dissenters, PYM, WESPAC, PSL, Brian Becker, and Hannah Shraim. *See* Mem. Op. & Ord. [Dkt. # 77]. Shortly thereafter, two remaining defendants, Harriet's Wildest Dreams, Inc. and Dornethia Taylor, filed a motion for joinder [Dkt. # 78] to permit them to adopt the previous defendants' motions to dismiss, which the Court granted. *See* Min. Ord. (Oct. 7, 2026). The last remaining named

defendant, Maryland2Palestine, filed a motion to dismiss [Dkt. # 80] ("Maryland2Palestine Mot.") asserting, in part, that plaintiff's claims fail for the reasons set forth in the July 16, 2026 Memorandum Opinion. *See* Maryland2Palestine Mot. at 1–2.

In plaintiff's omnibus response in opposition to the remaining defendants' Rule 12 motions [Dkt. # 81] ("Pl.'s Omnibus Op.), he "concede[d] that the Court's July 16 order applies to all remaining Defendants in [the] case." Pl.'s Omnibus Op. at 8. Plaintiff reserved all rights to appeal. *Id.*

Accordingly, for the reasons set forth in the Court's July 16, 2026 Memorandum Opinion, the motions to dismiss filed by Harriet's Wildest Dreams, Inc., Dornethia Taylor, and Maryland2Palestine are **GRANTED,** and the claims against these defendants are **DISMISSED**.

Finally, because plaintiff has yet to name any of the twenty-three Jane and John Does, and given plaintiff's concession that the Memorandum Opinion applies to "all remaining Defendants in [the] case," Pl.'s Omnibus Op. at 8, the claims against John and Jane Does are also **DISMISSED** without prejudice.

This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: November 4, 2026