**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL FAORO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-289 |
| | ) | |
| v. | ) | Hon. Amy Berman Jackson |
| | ) | |
| JEWISH VOICE FOR PEACE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Jewish Voice for Peace's Motion for Rule 11 Sanctions, any response, and the entire record of this case, it is this ____ day of ______ 2026 hereby

ORDERED that Defendant Jewish Voice for Peace's Motion for Rule 11 Sanctions shall be and hereby is GRANTED. Plaintiff is ordered to pay Defendant JVP's reasonable attorney's fees and costs incurred in defending against this action. Defendant JVP shall submit a fee petition and bill of costs by [DATE].

______________________________
Hon. Amy Berman Jackson
United States District Judge