**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL FAORO**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JEWISH VOICE FOR PEACE, INC., et al.**<br><br>**Defendants.** | ) | **Civil Action No.: 25-CV-00289** |

**[PROPOSED] ORDER**

Upon consideration of Defendants Party for Socialism and Liberation and Brian Becker's Motion for Sanctions and Memorandum of Points and Authorities in Support:

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that sanctions be paid by Plaintiff and Plaintiff's counsel jointly and severally, including but not limited to the costs and attorneys' fees incurred by Defendants in defense of this matter.

**SO ORDERED.**

Dated: ________________ ________________________________________

THE HONORABLE AMY BERMAN JACKSON
Judge, United States District Court
for the District of Columbia